◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LINDSAY, Appellant.— Order of the Supreme Court, Kings County, dated April 27, 1967 and made on reargument, affirmed insofar as it adhered to the previous decision denying defendant's *coram nobis* application. No opinion.

Appeal from order of said court dated January 6, 1967 dismissed as academic. That order was superseded by the order dated April 27, 1967, which granted reargument. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.